# rued, inc.

## RESOLUCION CORPORATIVA
## RUED, INC.

El 28 de mayo de 2009, en reunión de la Junta de Directores y Accionistas de la Corporación Rued, Inc. se evaluó la situación financiera y plan de trabajo de la corporación, al igual que las diferentes alternativas disponibles incluyendo solicitar protección bajo el Capítulo 11 del Código de Quiebras en el Tribunal Federal de Quiebras. Una vez discutido este asunto, La resolución adoptada por la Junta de Directores y Accionistas, la cual fue aprobada para su inmediata ejecución fue como sigue:

**RESUÉLVASE**, que en el mejor interés de la empresa, se autoriza a los oficiales de la corporación a presentar una petición de reorganización en conformidad con el Capítulo 11 del Código Federal de Quiebras.

**RESUÉLVASE ADEMAS**, autorizar al Sr. Osvaldo Kratsman, Presidente de la corporación a que represente a la corporación en esta gestión, incluyendo la contratación de los servicios profesionales necesarios para esta encomienda.

**EN TESTIMONIO DE LO CUAL**, el aquí suscribiente certifica que la resolución detallada arriba es cierta y refleja la resolución adoptado por la junta de Directores y accionistas de la Corporación Rued, Inc. la cual esta constituida de conformidad con las leyes del estado Libre Asociado de Puerto Rico.

En San Juan, Puerto Rico, hoy 28 de Mayo de 2009.

_____
Sara L. Durman
Secretari de Junta



P.O. Box 2380, Guaynabo, P.R. 00970-2380 • email: rued_inc@fd.net
Tel. Ofic. 787.272.8900 • Fax: 787.272.8910