UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** * | |
| **RUED, Inc.** * | |
| * | CASE NO. 09-04481ESL |
| **DEBTOR** * | |
| _____* | CHAPTER 11 |

## REQUEST TO RESIGN AS LEGAL REPRESENTATIVE

TO THE HONORABLE COURT:

**COMES NOW,** Mr. Rubén Gonzalez Marrero Esq; Legal; representative of above captioned debtor which respectfully alleges and prays:

1. That we have been the legal representative of debtor since the filing of the case on June 1, 2009.

2. That based on some differences and apparently lack of confidence, the debtor Rued Inc. requested to us to resign as legal representative of this case. See attached letter.

3. Debtor was present on the last hearing held on March 9, 2010 and actually understands the status of the case, however in addition to that we explained to him all the details for remaining aspects and processes of the case.

4. At this point there are some services which has not been yet billed, but we will be submitting an invoice as soon we can for all services rendered until today.

1

5. We respectfully request to this Honorable Court to provide an additional term of 30 days from to the time table established in the last hearing, in order to find another legal representative to the debtor.

**WHEREFORE**, we respectfully request to this Honorable Court to take notice of this motion and grant one petition to resign as legal representative of this case..

**RESPECTFULLY SUBMITTED**, in Bayamon, Puerto Rico this March 30, 2010.

**CERTIFICATE OF SERVICES:** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ ECF System which will send notification of such filing to the participants appearing in said record.

/S/ Rubén Gonzalez Marrero
RUBEN GONZALEZ ESQ.
USDCPR 216503
PMB 406 CALLE 39 UU-1
SANTA JUANITA, BAYAMON
PUERTO RICO, 00956
TEL 787-798-8600
FAX 787-798-8610
rgm@microjuris.com